BENJAMIN B. WAGNER
United States Attorney
WALLACE J. LEE
Special Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cr-00337 DLB |
| ) | |
| Plaintiff, ) | **REQUEST TO RESCHEDULE INITIAL** |
| ) | **APPEARANCE; ORDER THEREON** |
| v. ) | |
| ) | |
| ROBERT A. LINDAMOOD, ) | |
| ) | |
| Defendant. ) | |

The government requests that the initial appearance in the above-captioned case – currently scheduled for November 10, 2011 – be rescheduled to December 1, 2011 to allow additional time to serve the defendant with a summons. The government further requests that the Court cancel the unserved summons requiring the defendant to appear on November 10, 2011.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: November 8, 2011   By: /s/ Wallace J. Lee
                                        WALLACE J. LEE
                                        Special Assistant U.S. Attorney

**ORDER**

The initial appearance is RESCHEDULED from November 10, 2011, to December 1, 2011, at 10:00 a.m., before Magistrate Judge Oberto.

IT IS SO ORDERED.

**Dated:   November 9, 2011**              /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE