FILED

MAY 2 1 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  Elliott C. Montgomery
   Special Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Attorneys for Plaintiff
   United States of America
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              CASE NO.  1:11-CR-00337-DLB-1

11                          Plaintiff,     STIPULATION REGARDING PERIOD OF
                                           UNSUPERVISED PROBATION; [PROPOSED]
12               v.                        ORDER

13  ROBERT A. LINDAMOOD,                   DATE: May 20, 2014

14                          Defendants.

15

16

17                              **STIPULATION**

18       The parties by and between the parties hereto, through their respective counsel, Elliott C.

19  Montgomery, Special Assistant United States Attorney, counsel for plaintiff, and Andras Farkas,

20  Assistant Federal Defender, consel for Defendant Robert A. Lindamood, hereby move pursuant to 18

21  U.S.C. § 3563(c) to modify a condition of the Defendant's probation.  Presently, the Defendant's

22  probation is set to expire on May 22, 2014.

23       The Defendant was sentenced by this court on November 15, 2012, to complete 100 hours of

24  community service within a year time frame beginning on the day of sentencing.  At the first review

25  hearing in this case on November 14, 2013, the Defendant, through his defense counsel, requested more

26  time to complete his community service obligation.  Defense counsel advised the court that the

27  Defendant was unable to complete his community service due to an injury, and so this court extended

28  the period of probation until February 13, 2014.

STIPULATION RE: UNSUPERVISED PROBATION;              1
[PROPOSED] ORDER

1    At a February 6, 2014, review hearing, the Defendant requested additional time to complete his

2  community service obligation because he was unable to obtain adequate proof of completion.  The

3  government requested, and this court ordered, that Defendant's period of probation be extended to allow

4  him time to get adequate proof of completion.

5    At the most recent review hearing on May 8, 2014, defense counsel presented the attorney for the

6  government with proof that the Defendant had completed more than 100 hours of community service.

7  The government then requested that the period of probation be extended until May 22, 2014, to allow

8  the government time to verify the proof of completion that the Defendant had provided.  The

9  government has not yet been able to verify that the Defendant has completed 100 hours of community

10  service.

11    The parties stipulate that the Defendant's probation be modified by extending the Defendant's

12  probation by 1 months with an expiration of probation occurring on June 20, 2014.  The parties also

13  stipulate to and request the setting of a review hearing in this case on June 19, 2014.

14    IT IS SO STIPULATED.

15

16  Dated: May 20, 2014                        BENJAMIN B. WAGNER
                                              United States Attorney

17

18                                            /s/ Elliott C. Montgomery
                                              Elliott C. Montgomery
                                              Assistant United States Attorney

19

20

21

22  Dated: May 20, 2014                        /s/ Andras Farkas
                                              Andras Farkas
23                                            Counsel for Defendant
                                              Robert A. Lindamood
24

25

26

27

28

STIPULATION RE: UNSUPERVISED PROBATION;          2
[PROPOSED] ORDER

1

2                                    **[PROPOSED] ORDER**

3        IT IS SO ORDERED this _2 1_ day of _May_ , 2013

4

5                                    SHEILA K. OBERTO
                                     UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: UNSUPERVISED PROBATION;        3
[PROPOSED] ORDER